RECEIVED

JUN 26 2025

BY MAIL

Jun 18, 2025

To Clarif Judge Clarcke

This I Eddie Love writing you on this day June 18, 2025 informing you and requesting I be transferred due to my life being in danger at this jail facility. I strongly fear for my life and its A possibility I could be killed here. on friday 13th 2025 I was Assalted by 8 inmates. I was beat across the head with a broom stick. I was punched, kicked, chocked I was beat over the head with ~~with~~ a mop wringer from the mop bucket. I was robbed of my personal property such as my canteen my show glasses hyggiene I was covered in Blood. The officerrs rushed in the pod were they housed the inmates and took me to the hospital were I received medical trectment. This will be a on going situation if I continue to stay at Ste. Genevieve county jail. when I came back from the hospital I refused to go to another pod were they house inmates because there were guys waiting on my arivial so they can do more harm. they are family members that are connected to my case and they want to kill me. I ban placed in the hole lock down with out been able to use the phone to call my Attorney And my family to let them know what happen to me. I am in so much pain with cuts in my head. I can barely stand up with Alot of back pain. I'm requesting I please be transferr to a different facility due to my safety.

Eddie Love

5 Basler Dr

Ste Genevieve, MO 63670

**RECEIVED**

JUN 2 6 2025

**BY MAIL**

**MAILED FROM STE GENEVIEVE CO DETENTION CENTER**

63102-112599

SAINT LOUIS MO  630

24 JUN 2025  PM 4  L



Cheif Judge Clarcke

federal Court bilding

111 South 10st

St Louis MO 63102